%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

TUDOR INSURANCE COMPANY
    Plaintiff

V.

HOYT CORPORATION and DEAN S. PLASKETT
ESQ., as he is Commissioner of the
Department of Planning and Natural
Resources for the Territory of the United
States Virgin Islands and Trustee of
resources of the Territory of the United
States Virgin Islands,
        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10025 MEL

TO: (Name and address of Defendant)

    HOYT CORPORATION
    JOHN OLINGER
    251 Forge Road
    Westport  MA  02790

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    THOMAS B. FARREY, III/BROOKE P. SELIGER
    BURNS & FARREY
    446 Main St., 22nd floor
    Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TOM ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  1/6/05

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 4, 2005 @ 10:20AM |
| NAME OF SERVER (PRINT)<br>Herve Vandal, Jr. | TITLE<br>Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Hoyt Corp.- 251 Forge Rd., Westport, MA 02790.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/4/05
     Date

Signature of Server

340 Main St., Suite 608, Worcester, MA 01608.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.