# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

TUDOR INSURANCE COMPANY,
    Plaintiff

V.

HOYT CORPORATION and DEAN S. PLASKETT, ESQ.
as he is Commissioner of the Department
of Planning and Natural Resources for the
Territory of the Untied States Virgin Islands
and Trustee of resources of the Territory
of the United States Virgin Islands,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

DEAN S. PLASKETT, ESQ.
Commissioner of Dept. of Planning and Natural Resources
for the Territory of the United States Virgin Islands and
Trustee of Resources of the Territory of the UNITED STATES
VIRGIN ISLANDS,   45 MARS HILL FREDERICKSTEAD, ST. CROIX, USVI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS B. FARREY, III/BROOKE P. SELIGER
BURNS & FARREY
446 Main St., 22nd floor
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 1/6/05

3/9/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | March 9th 2005 |
| NAME OF SERVER (PRINT) Pierre G. Tepie | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Dept of Planning + Natural Resources, FSted, ST. Croix

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — 0 — | 60.00 | $60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 9th 2005
      Date                     Signature of Server

PIERRE G. TEPIE
SPECIAL PROCESS SERVER
984/91

P.O. Box 8138, Sunny Isle
Address of Server
ST Croix U.I 00823-8138

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



*WE SERVE*  
National Association of Process Servers, USA

# DELTA PROCESS SERVICE (INTERNATIONAL) LTD
Service De Proces Verbal    Emplazamientos Especiales

---

IN THE __DISTRICT__ COURT OF __MASSACHUSETTS__    COUNTY OF _____

PLAINTIFF __TUDOR INSURANCE COMPANY__ vs. DEFENDANT __HOYT CORPORATION and DEAN S. PLASKETT, ESQ.__

DEFENDANT TO BE SERVED: __DEAN S. PLASKETT, Commissioner of Dept. P & NR.__

CASE NO: __05-10025 MEL__    TYPE OF PROCESS (✓) SUMMONS & COMPLAINT ( ) NOTICE OF LIS PENDENS

Received this process on the __9th__ day of __March 2005__

( ) Served    (✓) A Served the within named Defendant: __DEAN S. PLASKETT, ESQ.__

TIME: __11:55__ DATE: __3/9/05__ ADDRESS WHERE SERVED (OR ATTEMPTED) __Dept. of Planning & NR.__

(✓)    INDIVIDUAL SERVICE.....By delivering to the within named defendant a true copy of this process with the date and hour of service endorsed by me, and, at he same time I delivered to the within named defendant a copy of the complaint.

( )    SUBSTITUTE SERVICE....By leaving a true copy of this process with the date and hour of service endorsed by me and a copy of the complaint by leaving the copies at (his/her) usual place of abode, with some person residing therein who is fifteen years of age or older to wit: (Name)_____, (Relationship)_____, and informing such person of their contents pursuant to F.S. 48.031.

( )    CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE.....By delivering a true copy of the process with the date and hour of service endorsed by me and a copy of the complaint to _____ as (title)_____ of said entity.

( )    In absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

( )    For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporations place of business.

( )    NON-SERVICE.....By returning the same this _____ day of _____, 19____ for the reason that after due and diligent search through the following methods the within named could not be located..
        Immediate neighbors, telephone book and Information operator, U.S. Postal search, local credit bureaus, Drivers license and Department of Motor Vehicles.

COMMENTS:
1.    ( )    At the time of service, defendant/subject was asked if defendant is presently in the military service of the United States Government and the reply was that: he was/was not   she was/was not

DESCRIPTION:    Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| SEX | SKIN-COLOR | HAIR COLOR | AGE (APPROX.) | HEIGHT (APPROX.) | WEIGHT |
|---|---|---|---|---|---|
| M | Dark | Black | 40Yrs | 5'8" | 160 |

I HEREBY CERTIFY THAT I am not a party to the above action or suit and I am over the age of above affidavit is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS __10__ DAY OF __Mar/05__

PIERRE GERVAIS TEPIE    ON ST. CROIX, U.S.V.I.

SWORN to and SUBSCRIBED before this __10__ day of __Mar/05__, 19__

Certified Process Server    ANGEL SUAREZ, JR. NOTARY PUBLIC

Notary Public



*WE SERVE*

National Association of Process Servers, USA

# DELTA PROCESS SERVICE (INTERNATIONAL) LTD
Service De Proces Verbal    Emplazamientos Especiales

IN THE __DISTRICT__ COURT OF __MASSACHUSETTS__    COUNTY OF _____

PLAINTIFF __TUDOR INSURANCE COMPANY__ vs. DEFENDANT __HOYT CORPORATION and DEAN S. PLASKETT, ESQ.__

DEFENDANT TO BE SERVED: __DEAN S. PLASKETT, Commissioner of Dept. P & NR.__

CASE NO: __05-10025 MEL__ TYPE OF PROCESS (✓) SUMMONS & COMPLAINT ( ) NOTICE OF LIS PENDENS

Received this process on the __9th__ day of __March 2005__

( ) Served   (✓) Served the within named Defendant: __DEAN S. PLASKETT, ESQ.__

TIME: __11.55__ DATE: __3/9/05__ ADDRESS WHERE SERVED (OR ATTEMPTED) __Dept. of Planning & NR.__

(✓) INDIVIDUAL SERVICE.....By delivering to the within named defendant a true copy of this process with the date and hour of service endorsed by me, and, at he same time I delivered to the within named defendant a copy of the complaint.

( ) SUBSTITUTE SERVICE....By leaving a true copy of this process with the date and hour of service endorsed by me and a copy of the complaint by leaving the copies at (his/her) usual place of abode, with some person residing therein who is fifteen years of age or older to wit: (Name)_____
(Relationship)_____, and informing such person of their contents pursuant to F.S. 48.031.

( ) CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE.....By delivering a true copy of the process with the date and hour of service endorsed by me and a copy of the complaint to _____ as (title)_____ of said entity.

( ) In absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

( ) For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporations place of business.

( ) NON-SERVICE.....By returning the same this ____ day of _____, 19____ for the reason that after due and diligent search through the following methods the within named could not be located.. Immediate neighbors, telephone book and Information operator, U.S. Postal search, local credit bureaus, Drivers license and Department of Motor Vehicles.

COMMENTS:
1. ( ) At the time of service, defendant/subject was asked if defendant is presently in the military service of the United States Government and the reply was that: he was/was not   she was/was not

DESCRIPTION:    Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| SEX | SKIN-COLOR | HAIR COLOR | AGE (APPROX.) | HEIGHT (APPROX.) | WEIGHT |
|---|---|---|---|---|---|
| M | Dark | Black | 40Yrs | 5'8" | 160 |

I HEREBY CERTIFY THAT I am not a party to the above action or suit and I am over the age of ___ above affidavit is true and correct.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS ___ DAY OF _____
PIERRE GERVAIS TEPIE    ON ST. CROIX, U.S.V.I.    SWORN to and SUBSCRIBED before this ___ day of _____, 19___

NOTARY PUBLIC

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

TUDOR INSURANCE COMPANY,
        Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

HOYT CORPORATION and DEAN S. PLASKETT, ESQ.
as he is Commissioner of the Department
of Planning and Natural Resources for the    CASE NUMBER:
Territory of the Untied States Virgin Islands
and Trustee of resources of the Territory
of the United States Virgin Islands,
        Defendants

TO: (Name and address of Defendant)

DEAN S. PLASKETT, ESQ.
Commissioner of Dept. of Planning and Natural Resources
for the Territory of the United States Virgin Islands and
Trustee of Resources of the Territory of the UNITED STATES
VIRGIN ISLANDS,    45 MARS HILL FREDERICKSTEAD, ST. CROIX, USVI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS B. FARREY, III/BROOKE P. SELIGER
BURNS & FARREY
446 Main St., 22nd floor
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TOM ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 1/6/05

3/9/05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 9th 2005 |
| NAME OF SERVER (PRINT) Pierre G. Tepie | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Dept of Planning + Natural Resources, FSGd, ST. Croix

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — 0 — | SERVICES 60 00 | TOTAL $0.00 $60 00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 9th 2005
              Date            Signature of Server

PIERRE G. TEPIE
SPECIAL PROCESS SERVER
984/91

P.O. Box 8138 Sunny Isle
Address of Server
ST Croix U.I. 00823-8138

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.