UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| TUDOR INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>vs. )<br><br>HOYT CORPORATION and DEAN S. )<br>PLASKETT, ESQ., as he is Commissioner of the )<br>Department of Planning and Natural Resources for )<br>the Territory of the United States Virgin Islands and )<br>Trustee of resources of the Territory of the United )<br>States Virgin Islands )<br><br>Defendants. ) | C. A. No. 05 10025 MEL |

## STIPULATION FOR EXTENSION OF TIME

The plaintiff Tudor Insurance Company and the defendant Hoyt Corporation hereby agree and stipulate to a further extension of the time in which the defendant Hoyt Corporation may answer or otherwise respond to the Complaint until and including August 12, 2005.

TUDOR INSURANCE COMPANY

By its attorneys,

*Brooke Seliger/mkr*

Thomas B. Farrey, III, BBO #159880
Brooke P. Seliger, BBO #550947
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, MA 01608
(508) 756-6288

Dated: July 21, 2005

HOYT CORPORATION

By its attorneys,

*Mary K Ryan*

Mary K. Ryan, BBO #435860
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2212

Dated: July 21, 2005

1448396.1