UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUDOR INSURANCE COMPANY<br>　　　Plaintiff<br>Vs.<br><br>HOYT CORPORATION and DEAN S.<br>PLASKETT, ESQ., as he is Commissioner of the<br>Department of Planning and Natural Resources for<br>the Territory of the United States Virgin Islands<br>and Trustee of resources of the Territory of the<br>United States Virgin Islands<br>　　　Defendants | )<br>)<br>)<br>)<br>) **C.A. NO: 05cv10025 MEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Tudor Insurance Company, hereby voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(i).

　　　　　　　　　　　　　　　　　　　　　TUDOR INSURANCE COMPANY
　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　 /s/ Brooke P. Seliger
　　　　　　　　　　　　　　　　　　　　　THOMAS B. FARREY, III/#159880
　　　　　　　　　　　　　　　　　　　　　BROOKE P. SELIGER/#550947
　　　　　　　　　　　　　　　　　　　　　BURNS & FARREY
　　　　　　　　　　　　　　　　　　　　　446 Main Street, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　　　　　　Tel: 508.756.6288
　　　　　　　　　　　　　　　　　　　　　Fax: 508.831.9769

DATED:  March 20, 2006


(tu-14.#36)